partment. March 18, 1910.) Action by Charles F. Muller and others, as executors, etc., against the Thomas W. Evans Museum & Institute Society and others. No opinion. Motion granted, with $10 costs, unless appellant complies with conditions stated in order. Order filed. See, also, 113 App. Div. 92, 99 N. Y. Supp. 93.

In re MURPHY. (Supreme Court, Appellate Division, First Department. April 8, 1910.) In the matter of William E. Murphy. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MURPHY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Michael C. Murphy against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MURRAY v. HULL et al. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by John A. Murray against Robert B. Hull and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and case remitted to the Special Term for trial, upon the ground that the issues as framed do not correctly present the issues as raised by the pleadings, and upon the further ground that the complicated questions of accounts involved in the trial of this action render it impracticable to try the same before a jury.

MUTUAL LIFE INS. CO. OF NEW YORK v. WASHBURN et al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by the Mutual Life Insurance Company of New York against William T. Washburn, as executor, etc., and others. J. Halstead for appellant. N. C. Conklin, W. W. Shaw, M. C. Milnor, and others, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

M. WILBER DYER CO. v. MILBERG et al. MILBERG et al. v. M. WILBER DYER CO. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Actions by the M. Wilber Dyer Company against Benjamin Milberg and others and by Benjamin Milberg and others against the M. Wilber Dyer Company. No opinions. Applications for leave to appeal from Appellate Term denied, with $10 costs. Orders signed. Motions for stay denied, with $10 costs. Orders filed.

MYERS, Respondent, v. SAN DOMINGO IMPROVEMENT CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Jesse Myers against the San Domingo Improvement Company of New York. T. F. Conway, for appellant. J. M. Marshall, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 131 App. Div. 898, 115 N. Y. Supp. 1133.

NEARY, Respondent, v. CITIZENS' R., LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Sarah Neary, as administratrix, etc., against the Citizens' Railroad, Light & Power Company. No opinion. Order affirmed, with costs. See, also, 132 App. Div. 906, 116 N. Y. Supp. 1142.

NESTELL, Appellant, v. HART et al., Respondents. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Emma E. Nestell against Charles H. Hart and others. D. Flannagan, for appellant. W. H. Van Benschoten, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

In re NEW YORK CITY INTERBOROUGH RY. CO. (Supreme Court, Appellate Division, First Department. April 8, 1910.) In the matter of the New York City Interborough Railway Company. No opinion. Application granted. Settle order on notice.

NEW YORK STEAM CO., Respondent, v. RYAN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by the New York Steam Company against Patrick Ryan and another. W. L. Bowman, for appellants. F. E. Fishel, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NICHOLS, Appellant, v. GREENSTREET, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by Marion L. Nichols against Charles J. Greenstreet. L. Schuldenfrei, for appellant. H. R. Conger, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.

NOOT, Appellant, v. NOOT, Respondent (two cases). (Supreme Court, Appellate Division, First Department. March 18, 1910.) Actions by Louis C. Noot against Midge F. Noot. H. A. Friedman, for appellant. M. P. Doyle, for respondent. No opinions. Orders affirmed, with $10 costs and disbursements. Order filed.

OBER, Appellant, v. SANTEE CLUB, Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Robert Ober against the Santee Club. F. W. Stelle, for appellant. F. L. Polk, for respondent.

PER CURIAM. Judgment affirmed with costs. Order filed.

LAUGHLIN, J., dissents.

O'CONNELL, Respondent, v. BETTELS, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Thomas F. O'Connell against Charles Bettels. E. J. Bennett, for appellant. W. Ar-

rowsmith, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

O'DWYER, Appellant, v. CASTLE SQUARE OPERA CO., Respondent. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Michael O'Dwyer, as trustee in bankruptcy, etc., against the Castle Square Opera Company. No opinion. Order of January 24, 1910, affirmed, with $10 costs and disbursements. See, also, 127 App. Div. 926, 111 N. Y. Supp. 1133; 129 App. Div. 892, 113 N. Y. Supp. 1141.

O'DWYER, Appellant, v. CASTLE SQUARE OPERA CO., Respondent. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Michael O'Dwyer as trustee in bankruptcy, etc., against the Castle Square Opera Company. No opinion. Order of February 8, 1910, affirmed, with $10 costs and disbursements. See, also, 127 App. Div. 926, 111 N. Y. Supp. 1133; 129 App. Div. 892, 113 N. Y. Supp. 1141.

O'DWYER, Appellant, v. CASTLE SQUARE OPERA CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Michael O'Dwyer, as trustee in bankruptcy, etc., against the Castle Square Opera Company. No opinion. Motion to dismiss appeals denied, without costs. See, also, 127 App. Div. 926, 111 N. Y. Supp. 1133; 129 App. Div. 892, 113 N. Y. Supp. 1141.

O'DWYER, Respondent, v. SCHOSBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Patrick W. O'Dwyer against Max Schosberg and Walter O. Gutlohn, partners, etc. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 133 App. Div. 923, 117 N. Y. Supp. 1142.

OGDEN et al., Appellants, v. SERGEANT, Respondent. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Frederick J. Ogden and others against William L. Sergeant. A. P. Bachman, for appellants. John B. Doyle, for respondent. No opinion. Determination (119 N. Y. Supp. 672) affirmed, with costs, and judgment absolute directed to be rendered against the appellants upon their stipulation. Order filed. See, also, 120 N. Y. Supp. 1138.

OHMANN, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Joseph Ohmann, an infant, etc., against the Star Company. C. J. Shearn, for appellant. G. D. Lamb, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

O'NEIL, Respondent, v. MANUFACTURERS' AUTOMATIC SPRINKLER CO., Appellant. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by John H. O'Neil against the Manufacturers' Automatic Sprinkler Company. E. M. Hawkins, for appellant. No opinion. Order modified, as provided in order, and, as modified, affirmed, with $10 costs and disbursements to appellant. Order filed.

OSTRANDER, Respondent, v. MUSSELMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Lawrence Ostrander, suing as a poor person and by Peter W. Ostrander, his guardian ad litem, against Ezra Musselman. No opinion. Motion for reargument of motion to dismiss appeal herein denied, with costs. For original opinion dismissing appeal, see 120 N. Y. Supp. 1138.

PACKARD et al. v. LONG ISLAND R. CO. (Supreme Court, Appellate Term. April 13, 1910.) Appeal from City Court of New York, Special Term. Action by Nathan J. Packard and another against the Long Island Railroad Company. Judgment for defendant, and plaintiffs appeal. Affirmed. Samuel Packard, for appellants. Edward R. Finch, for respondent.

PER CURIAM. The trial of this cause was evidently undertaken without proper preparation. It is only necessary to read the record to be satisfied that the rulings of the trial court sustaining the objections to questions propounded by the plaintiff and to the documentary evidence offered were correct. The questions were improper in form, and the documents offered were not proved. When it was too late, the plaintiffs' attorney seems to have recognized this fact, and asked to withdraw a juror. Judgment of dismissal was not upon the merits, and no injustice has been done the plaintiff. The dismissal of the complaint was the natural result of the lack of preparation disclosed by the record. Judgment affirmed, with costs.

LEHMAN, J., dissents.

PAKAS v. CLARKE. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Solomon L. Pakas against Walter J. Clarke. No opinion. Motions denied. Orders filed. See, also, 121 N. Y. Supp. 192.

PARKER v. PARKER. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Appeal from Special Term, New York County. Action by John A. Parker against Jane H. Parker. From an order requiring the answer to be made more definite and certain, defendant appeals. Modified and affirmed. Alphonse G. Koelble, for appellant. Charles S. Mackensie, for respondent.

PER CURIAM. This is an action for divorce. The answer counterclaims, alleging various acts of adultery by the plaintiff during the